**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert Edgar FINNEY, Defendant-
Appellant.**

No. 26594.

United States Court of Appeals,
Ninth Circuit.

March 24, 1971.

Martin Jerry Bleckman, Los Angeles,
Cal., for plaintiff-appellee.

Robert L. Meyer, U. S. Atty., David
R. Nissen, Chief, Crim.Div., Richard L.
Jaeger, Asst. U. S. Atty., Los Angeles,
Cal., for defendant-appellant.

Before MERRILL, HUFSTEDLER
and KILKENNY, Circuit Judges.

PER CURIAM:

On appeal from a judgment of convic-
tion for refusing induction into the
Armed Services, appellant contends that
his local board erred in failing to con-
side his claim for I-A-O status. The
claim was presented to his local board
after he had refused induction and after
he was indicted for his refusal.

It is now well established that a local
board is not required to take action con-
cerning a request for a change in classi-
fication which is filed after the regis-
trant has refused induction. United
States v. Lowell, 437 F.2d 906 (9th Cir.
1971), and cases cited. This being true,
the local board properly refused to re-
open appellant's classification.

Judgment affirmed.